UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LONGUSKI,

        Plaintiff,

v.

Case No.   11-11595

HONORABLE AVERN COHN

IRON WORKERS' LOCAL NO. 25
PENSION PLAN, and BOARD OF
TRUSTEES OF THE IRON WORKERS
LOCAL 25 PENSION FUND,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on December 09, 2011, judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

                              DAVID WEAVER

Dated: December 9, 2011        By: s/Julie Owens
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 9, 2011, by electronic and/or ordinary mail.

                                           S/Julie Owens
                                           Case Manager, (313) 234-5160