UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LONGUSKI,

               Plaintiff,

v.

IRON WORKERS' LOCAL NO. 25
PENSION PLAN, and BOARD OF
TRUSTEES OF THE IRON WORKERS
LOCAL 25 PENSION FUND,

               Defendants.

_____/

Case No.     11-11595

HONORABLE AVERN COHN

## JUDGMENT

     For the reasons stated in the Memorandum and Order entered on December 09,

2011, judgment is entered in favor of defendants and against plaintiff and the case is

DISMISSED.

                              DAVID WEAVER

Dated: December 9, 2011     By: s/Julie Owens_____
                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of
record on this date, December 9, 2011, by electronic and/or ordinary mail.

                         S/Julie Owens_____
                         Case Manager, (313) 234-5160