UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH LONGUSKI,

        Plaintiff,

v.

IRON WORKERS' LOCAL NO. 25
PENSION PLAN, et al,

        Defendants.
_____/

Case No.    11-11595

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on April 13, 2012, judgment is entered in favor of plaintiff and against defendants as to defendants' counterclaim.

                                          DAVID WEAVER

Dated: April 13, 2012        By: s/Julie Owens
                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 13, 2012, by electronic and/or ordinary mail.

                                      S/Julie Owens
                                      Case Manager, (313) 234-5160