```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

KEITH LONGUSKI,

                Plaintiff,

Case No.    11-11595

HONORABLE AVERN COHN

v.

IRON WORKERS' LOCAL NO. 25
PENSION PLAN, et al,

                Defendants.

_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on April 13, 2012, judgment is entered in favor of plaintiff and against defendants as to defendants' counterclaim.

                                                            DAVID WEAVER

Dated: April 13, 2012         By: s/Julie Owens
                                            Deputy Clerk


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 13, 2012, by electronic and/or ordinary mail.

                                                  S/Julie Owens
                                                  Case Manager, (313) 234-5160